

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-19-00153-CV

**THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO**, and Bishop Gerald R.
Barnes,
Appellants

v.

John **DOE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08589
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The unopposed motions of Chad E. Blomberg and Mara H. Cohara for permission to participate pro hac vice are granted.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court